IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE BAYNES, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE HOME DEPOT U.S.A., INC., | : | |
| and HOME DEPOT, | : | No. 09-3686 |
| Defendants. | : | |

## JUDGMENT AND ORDER

**AND NOW**, this **9th** day of **June, 2011,** upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law, following a bench trial on June 6, 2011, and for the reasons stated in this Court's Memorandum dated June 9, 2011, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Bernice Baynes and against Home Depot U.S.A. Inc., incorrectly identified in the caption as Home Depot U.S.A. Inc. and Home Depot, in the amount of Forty-Four Thousand, Three Hundred Eighty-Three Dollars and Sixty-One Cents ($44,383.61).

2. Plaintiff's Motions in Limine (Document Nos. 27 and 28) are **DENIED as moot**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**